UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDMOUND NASIRI, <br><br> Petitioner, <br><br> v. <br><br> KRISTI NOEM, et al., <br><br> Respondents. | Case No. 5:26-cv-00508-SSS-KES <br><br> ORDER ACCEPTING REPORT AND RECOMMENDATION OF U.S. MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition (Dkt. 1), the other records on file herein, and the Report and Recommendation of the United States Magistrate Judge (Dkt. 22). The objections period has been waived. The Court accepts the report, findings, and recommendations of the Magistrate Judge.

IT IS THEREFORE ORDERED that Judgment be entered consistent with the Order Granting Ex Parte Application for a Temporary Restraining Order (Dkt. 12)— enjoining and restraining Respondents from again detaining Petitioner without notice and a pre-detention hearing where the government bears the burden of proving, by clear and convincing evidence, that the circumstances have changed as to his danger to the community or flight risk, and that no conditions other than his detention would

///

1

be sufficient to prevent those harms—and otherwise denying the Petition without prejudice as moot.

DATED:  April 29, 2026

_____

Hon. Sunshine Suzanne Sykes
UNITED STATES DISTRICT JUDGE