JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EDMOUND NASIRI,

          Petitioner,

    v.

KRISTI NOEM, et al.,

          Respondents.

Case No. 5:26-cv-00508-SSS-KES

**JUDGMENT**

Pursuant to the Court's Order Accepting Report and Recommendation of U.S. Magistrate Judge,

IT IS ADJUDGED that Respondents are ENJOINED and RESTRAINED from again detaining Petitioner without notice and a pre-detention hearing where the government bears the burden of proving, by clear and convincing evidence, that the circumstances have changed as to his danger to the community or a flight risk, and that no conditions other than his detention would be sufficient to prevent those harms.  The Petition is otherwise denied without prejudice as moot.

DATED:  April 29, 2026

_____
Hon. Sunshine Suzanne Sykes
UNITED STATES DISTRICT JUDGE